# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 6/11/2020

| **DISTRICT JUDGE** | **COURT REPORTER:** Jan Mason |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| Jeri Lynn Rich, as Representative for Gavrila Covaci Dupuis-Mays, As Incapacitated Person<br><br>v.<br><br>City of McKinney | 4:16-CV-870 |
|---|---|

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| John Wall, Jr., Clay Hartman | William Krueger, Jason Jacob |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Final Pretrial Conference |
|---|---|
| 8:59 a.m. | Court in session. Court notes appearances. |
| 9:00 a.m. | Court will begin trial on Monday, June 15, 2020. Court provides instructions to attorneys regarding COVID-19 protocol that the Court will follow and the protocol that the Court asks the Parties to follow being aware of the COVID-19. Parties discuss voir dire. Each side will be given 35 minutes with 5 of that being for the Parties to talk about their case and provide a summary. Parties will stay at the podium during trial and not allowed to walk around as usual. Jurors will be provided lunch. |
| 9:08 a.m. | Parties discuss opening statement. Parties agree 30 minutes for any opening statement. |
| 9:09 a.m. | Parties discuss list of jurors. Court will provide redacted list of "potential" jurors. |
| 9:10 a.m. | Court conditionally admits all the exhibits but advises attorneys that they must use the exhibit with the witness. If there is an exhibit that is objected to, the attorneys will follow the normal procedure for admitting exhibits. |
| 9:12 a.m. | Court begins with Plaintiff's Motion in Limine (Dkt. #158). Plaintiff's Limine items 1, 2, 3, - granted; agreed as modified. Parties advise that they have conferred and all of Plaintiff's limine items can be granted. Court grants all Plaintiff's Limine. |
| 9:13 a.m. | Court begins with Defendant's Motion in Limine (Dkt. #155).<br>Defendant's MIL #1: Denied.<br>Defendant's MIL #2: Denied.<br>Defendant's MIL #3: Denied. |

| Time | Proceedings |
|---|---|
| 9:22 a.m. | Defendant's MIL #4: Denied.<br>Defendant's MIL #5: Denied.<br>Defendant's MIL #6: Denied.<br>Defendant's MIL #7: Denied.<br>Defendant's MIL #8: Denied.<br>Defendant's MIL #9: Denied.<br>Defendant's MIL #10: Denied.<br>Defendant's MIL #11: Denied.<br>Defendant's MIL #12: Denied.<br>Defendant's MIL #13: Denied.<br>Defendant's MIL #14: Granted - Mutual<br>Defendant's MIL #15: Granted.<br>Defendant's MIL #16: Agreed.<br>Defendant's MIL #17: Agreed.<br>Defendant's MIL #18: Agreed.<br>Defendant's MIL #19: Agreed.<br>Defendant's MIL #20: Agreed.<br>Defendant's MIL #21: Withdrawn<br>Defendant's MIL #22: Withdrawn<br>Defendant's MIL #23: Agreed.<br>Defendant's MIL #24: Agreed.<br>Defendant's MIL #25:Agreed.<br>Defendant's MIL#26: Agreed. |
| 9:32 a.m. | Parties will meet and confer regarding witnesses and exhibits and if agreements cannot be reached the Parties will bring them before the Court. |
| 9:34 a.m. | Court will enter Pretrial Order today. |
| 9:40 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk