# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JERRI LYNN RICH, § | | |
| As Representative for, § | | |
| GAVRILA COVACI DUPUIS-MAYS, § | CIVIL ACTION NO. 4:16 cv-00870 | |
| An Incapacitated Person, § | JUDGE AMOS L. MAZZANT, III | |
| *Plaintiff,* § | | |
| v. § | JURY DEMANDED | |
| § | | |
| THE CITY OF MCKINNEY, TEXAS, § | | |
| *Defendant*. § | | |

## ORDER TO DISMISS

On this date came on to be considered the Unopposed Motion to Dismiss of Plaintiff, Jerri Lynn Rich, as representative for Gavrila Covaci Dupuis-Mays, in the above-titled and numbered cause, and Defendant, City of McKinney ("McKinney"), Texas, (hereinafter collectively "Parties"). The Court finds that all claims of the Parties asserted in this lawsuit or which directly arose from the events that were the basis of this lawsuit should be dismissed with prejudice. Each Party shall bear its own costs. It is therefore,

**ORDERED**, that such claims of all Parties to this action be, and are hereby dismissed with prejudice. The Court further orders that each party shall pay its own costs of court and expenses, including attorney's fees. It is further,

**ORDERED**, that the claim preclusive effect of this dismissal will operate to bar the reassertion of any claims which Plaintiff or Defendants brought in this action, as well as the assertion of any factually-related claims which Plaintiff or Defendants could have brought, but did not bring herein.

**APPROVED AS TO FORM:**

*/s/ John E. Wall, Jr. w/permission*

John E. Wall, Jr.
State Bar No. 20756750
Law Offices of John E. Wall, Jr.
5728 Prospect Ave., Suite 2001
Dallas, Texas 75206-7284
Telephone: (214) 887-0100
Facsimile: (254) 887-0173
Email: jwall@jwall-law.com

Clay A. Hartmann
Texas State Bar No. 00790832
Clay.hartmann@thehartmannfirm.com
THE HARTMANN FIRM, PC
6677 Gaston Avenue
Dallas, Texas 75214
214-828-1822
214-828-6999 (fax)

**ATTORNEYS FOR PLAINTIFF**

*/s/William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
Wkrueger@kruegerlaw.org
**JAMES CHRISTOPHER BEARDEN**
State Bar No. 24113609
Cbearden@kruegerlaw.org
2100 Alamo Road, Suite T
Richardson, Texas 75080
214-253-2600
214-253-2626 – Facsimile
**ATTORNEYS FOR DEFENDANT**